**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Advanced Home Improvements, Inc.,           Civil No: 09-2995 (RHK/SRN)

          Plaintiff,                             **ORDER**

v.

State Auto Property & Casualty Insurance Company,

          Defendant.

---

Based upon the parties' Stipulation of Dismissal with Prejudice (Doc. No. 29) and upon all of the files, records and proceedings herein, **IT IS ORDERED** that the above-entitled action is **DISMISSED WITH PREJUDICE**, on the merits, and without cost to any of the parties hereto.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: March 31, 2010

                                                     s/Richard H. Kyle
                                                     RICHARD H. KYLE
                                                     United States District Judge